UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. WHITFIELD,<br><br>      Plaintiff,<br><br>    v.<br><br>BOWMAN ASPHALT COMPANY, et al,<br><br>      Defendants. | ) Case No.: 1:14-cv-00829 - ---- - JLT<br>)<br>) ORDER TO PLAINTIFF TO SHOW CAUSE WHY<br>) THE ACTION SHOULD NOT BE DISMISSED<br>) FOR HIS FAILURE TO PROSECUTE AND<br>) FAILURE TO COMPLY WITH THE COURT'S<br>) ORDER<br>)<br>)<br>) |

    Steven Whitfield ("Plaintiff") is proceeding *pro se* and in this action. On May 19, 2014, the Court determined Plaintiff failed to state a cognizable claim, and dismissed the complaint with leave to amend. (Doc. 3). Plaintiff was ordered to file an amended complaint within twenty-one days of the date of service, or no later than July 1, 2014. (*Id.* at 8.) To date, Plaintiff has failed to comply with or otherwise respond to the Court's order.

    The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v.*

1  *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order
2  requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987)
3  (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th
4  Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

5       Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of
6  this Order why the action should not be dismissed for his failure to prosecute and failure comply with
7  the Court's order or, in the alternative, to file an amended complaint.

9  IT IS SO ORDERED.

10    Dated:   **July 9, 2014**                                    **/s/ Jennifer L. Thurston**
11                                                                        UNITED STATES MAGISTRATE JUDGE

2